# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR53 | F5249980 | J. Baker | 91000 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/13/2021 1043 | 36 CFR 261.16m |

Place of Offense: Sandy River Delta

Offense Description: Factual Basis for Charge — HAZMAT ☐

Parking in RV/Trucks Only spots

### DEFENDANT INFORMATION

Last Name: Johnson
First Name: Janelle

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| AAL8358 | MT | | JEEP HB | | GRY |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → $ 130 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
*F5249980*
FS-5300-4 (1/2020)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident